# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137872 & (26)

PEOPLE OF THE STATE OF MICHIGAN,
           Plaintiff-Appellee,

v

JIMMY EARL RONE, SR.,
           Defendant-Appellant.

SC: 137872
COA: 286385
Muskegon CC: 96-139452-FC

_____/

On order of the Court, the application for leave to appeal the October 24, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for miscellaneous relief is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2009

_____
Clerk

d0518